IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-12364-NVA |
| | ) | (Chapter 11) |
| JEFDAN PROPERTIES, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE**

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as counsel for creditor WCP Fund I LLC as servicer for (i) U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of HOF Grantor Trust 1; and (ii) SF NU, LLC, and serve all pleadings and court papers upon undersigned counsel.

*[Signature on Following Page]*

1

2

                                        Respectfully submitted,

Dated: March 20, 2025                      By: /s/ Maurice B. VerStandig
                                                 Maurice B. VerStandig, Esq.
                                                 Bar No. 18071
                                                 The VerStandig Law Firm, LLC
                                                 1452 W. Horizon Ridge Pkwy, #665
                                                 Henderson, Nevada 89012
                                                 Phone: (301) 444-4600
                                                 Facsimile: (301) 444-4600
                                                 mac@mbvesq.com
                                                 *Counsel for WCP Fund I LLC*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 20th day of March, 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

- Robert Grossbart    robert@grossbartlaw.com, debra@grossbartlaw.com
- US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV
- Gerard R. Vetter    gerard.r.vetter@usdoj.gov

                                                        /s/ Maurice B. VerStandig
                                                        Maurice B. VerStandig