**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
*(Baltimore division)*

                                      **Bankruptcy Case No.: 25-12364
Chapter 11
Jefdan Properties, LLC, Debtor**

**CERTIFICATION OF MAILING**

      I, ROBERT N. GROSSBART, of One Charles Center, 100 North Charles Street, 20th floor, Baltimore, Maryland 21201, attorney for the Debtor, hereby certifies:

      That I am, and at all times hereinafter mentioned, 18 years of age or older;

      That on the 20th day of March, 2025, I mailed/postage prepaid a copy of the **Fourth Amended Voluntary Petition** to the Debtor, to all creditors of record listed on the attached mailing matrix, and to the following:

      Office of the U.S. Trustee
      101 W. Lombard Street
      Suite 2625
      Baltimore, MD 21201

      Gerard R. Vetter
      US Trustee
      101 W. Lombard Street
      Suite 2625
      Baltimore, MD 21201

by REGULAR MAIL/ECF.

      I certify under penalty of perjury that the foregoing is true and correct.


                                      /s/ Robert N. Grossbart
                                    ROBERT N. GROSSBART

Executed on <u>March 20, 2025</u>.