```
Label Matrix for local noticing        Jefdan Properties, LLC              Baltimore
0416-1                                 2235 Conquest Way                   Baltimore Division
Case 25-12364                          Odenton, MD 21113-2679              101 West Lombard Street, Ste. 8530
District of Maryland                                                       Baltimore, MD 21201-2605
Baltimore
Wed Mar 19 18:21:57 EDT 2025

US Trustee - Baltimore                 Washington Capital Partners         Robert Grossbart
Garmatz Federal Courthouse             c/o Russell Drazen                  Grossbart, Portney & Rosenberg
101 West Lombard Street                4400 Jenifer Street, NW, Suite 2    One Charles Center
Suite 2625                             Washington, DC 20015-2089           100 North Charles Street, 20th floor
Baltimore, MD 21201-2668                                                   Baltimore, MD 21201-3896


End of Label Matrix
Mailable recipients    5
Bypassed recipients    0
Total                  5
```