JEFDAN PROPERTIES LLC
Informal Action of Board of Director

The undersigned, being all of the Director of JEFDAN PROPERTIES LLC, a Maryland Limited Liability Company (the "LLC"), do, this 19th day of March 2025, take the actions set forth below, and to evidence their waiver of any right to dissent from such actions, consent as follows:

Resolved: That, due to pending collection actions against the LLC, the LLC is directed and authorized to file for relief under Chapter 11 of the Bankruptcy Code.

Resolved: That the proper directors, officers, and representatives of the LLC are authorized and directed in the name of the LLC to take all actions necessary to execute, acknowledge, seal, and file all documents deemed necessary or proper in connection therewith, including but not limited to do and execute all of the following acts, deeds and things:

1. To enter into and sign, seal, execute, acknowledge and deliver the Petition, Schedules, Statement of Financial Affairs, Form 22, Disclosure Statement, Chapter 11 Plan, and all other documents and things to the LLC's counsel, the U.S. Trustee, the U.S. Bankruptcy Court, and other interested parties, as well as any amended or modified documents, motions, responses to motions, and the like.

2. To execute and acknowledge on the LLC's behalf any statements and documents, including Affidavits, and all other related or incidental documents or statements as to the filing, prosecution, or continuation of bankruptcy, as well as attendance and testimony at the Initial Debtor Interview, Meeting of Creditors, Disclosure Statement Hearing, Confirmation Hearing, and any other proceedings and hearings, including but not limited to motions, adversary proceedings, and any and all other proceedings and matters involving the LLC's bankruptcy.

3. To retain and pay counsel, co-counsel, and special counsel to represent the LLC in filing and prosecution of Chapter 11 bankruptcy, and to take and perform all acts necessary, proper and appropriate to do.

4. In general, to do all other acts, deeds, matters and things whatsoever related to the above bankruptcy case, either particularly or generally described.

The informal action of the Directors may be executed in counterparts.

Witness the execution hereof the day, month and year first above written.

DIRECTOR:

/s/ Beatrice Derefaka
BEATRICE DEREFAKA

## JEFDAN PROPERTIES LLC
Informal Action of Members

The undersigned, being all of the members of JEFDAN PROPERTIES LLC, Maryland Limited Liability Company, do take the actions set forth below, and to evidence their waiver of any right to dissent from such actions, do consent as follows:

Resolved: Due to a foreclosure scheduled against the LLC's sole real property, the recommendation of the Directors of the LLC to file for Chapter 11 bankruptcy is hereby authorized and approved.

Resolved: That the President of the Corporation is authorized and directed to take all actions necessary to execute, acknowledge, seal and file all documents deemed necessary or proper in connection therewith.

The informal action of the members may be executed in counterparts.

Witness the execution here on this 19th day of March, 2025.

Member:

/s/ Beatrice Derefaka
BEATRICE DEREFAKA