United States Bankruptcy Court

District of Maryland

| | |
|---|---|
| In re: | Case No. 25-12364-NVA |
| Jefdan Properties, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 21, 2025 | Form ID: ntccrpst | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jefdan Properties, LLC, 2235 Conquest Way, Odenton, MD 21113-2679 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 23, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Robert Grossbart | robert@grossbartlaw.com  debra@grossbartlaw.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

District/off: 0416-1                                   User: admin                                              Page 2 of 2
Date Rcvd: Mar 21, 2025                         Form ID: ntccrpst                                    Total Noticed: 1
TOTAL: 4

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−12364 − NVA**   Chapter: **11**

**Jefdan Properties, LLC**
Debtor

# NOTICE OF MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | 1 − Chapter 11 Voluntary Petition Non−Individual . Fee Amount $1738 Filed by Jefdan Properties, LLC. Ch 11 Plan Due by 06/17/2025. Government Proof of Claim due by 09/15/2025. Schedule A/B due 04/2/2025. Schedule D due 04/2/2025. Schedule E/F due 04/2/2025. Schedule G due 04/2/2025. Schedule H due 04/2/2025. Statement of Financial Affairs due 04/2/2025. Summary of Assets and Liabilities due 04/2/2025. Incomplete Filings due 04/2/2025 (Grossbart, Robert) Modified on 3/20/2025. REMOVED SUBV FROM TEXT. (Smith, Denise) |
| PROBLEM: | **The Corporate Ownership Statement has not been filed.** |
| CURE: | **Unless a motion to extend time is filed, the Statement of Corporate Ownership must be filed immediately. The missing document must be cured no later than 4/4/25.** |
| CONSEQUENCE: | **If the problem is not cured by the date above, YOUR CASE MAY BE DISMISSED WITHOUT A HEARING or YOUR DOCUMENT MAY BE STRICKEN WITHOUT FURTHER NOTICE.** |

This notice is issued pursuant to:   **Federal Bankruptcy Rules 1007, 7007.1**

Dated: 3/21/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Denise Smith
410−962−4414

cc:   Debtor
      Attorney for Debtor − Robert Grossbart
      Case Trustee − For Internal Use Only U.S. Trustee

Form ntccrpst (rev. 04/2022)