**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | | |
|---|---|---|
| **IN RE:** | * | |
| **Jefdan Properties, LLC** | * | Case No: 25-12364 |
| **Debtor/Movant** | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR EXTENSION OF TIME IN WHICH TO**
**FILE REQUIRED STATEMENTS, SCHEDULES, CHAPTER 11 PLAN**
**AND LISTS PURSUANT TO BANKRUPTCY PROCEDURE RULE 1007**

Now comes Jefdan Properties, LLC, by their attorney, Robert N. Grossbart, and respectfully represents unto this Court:

1. That prior to the filing of this Motion, the Movant filed a Bare Bones petition on March 19, 2025, under the provisions of 11 U.S.C. Chapter 11. (Case Number: 25-12364).

2. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C. section 1334, and 11 U.S.C. Section 362(a) and 28 U.S.C. Section 157.

3. That by no later than April 2, 2025, the Debtor was required, pursuant to Bankruptcy Procedure Rule 1007, to file the Chapter 11 Plan and the remaining statements, schedules and lists.

4. That the Debtor respectfully requests an additional fourteen (14) days, by no later than April 16, 2025 to file the additional documents required under Bankruptcy Rule 1007, and in support thereof informs this Honorable Court of the following:

    a) That the Debtor has to obtain documentation not presently in his possession in order to present a clear and accurate representation of his financial situation to the Court.

      b)      That within the requested fifteen (14) day extension period, the Debtor will have the time needed to assemble all documents necessary for presentation to the Court.

WHEREFORE, your Movant prays this Honorable Court:

      A.      To enter an Order extending the time in which the Debtor must file the required plan, statements, schedules and lists;

      B.      Grant the Debtor such other and further relief as the nature of this cause may require.

/s/ Robert N. Grossbart, Esquire
ROBERT N. GROSSBART, ESQUIRE
Federal Bar No.: 04116-G
One Charles Center
100 North Charles Street, 2oth floor
Baltimore, Maryland 21201
(410) 837-0590
Email: Robert@grossbartlaw.com Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Wednesday, April 02, 2025, a copy of the foregoing Motion was mailed first class, postage prepaid to the Debtor, Office of the U.S. Trustee, 101 W. Lombard Street, 2nd Floor, Baltimore, Maryland 21201; and to all Creditors of Record listed on the attached mailing matrix.

/s/ Robert N. Grossbart, Esquire
ROBERT N. GROSSBART, ESQUIRE