**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **IN RE:** | * | |
| **Jefdan Properties, LLC** | * | Case No: 25-12364 |
| **Debtor/Movant** | * | Chapter 11 |

\* \* \* \* \* \* \*\* \* \* \* \* \* \*

**ORDER EXTENDING TIME TO FILE THE REQUIRED STATEMENTS,**
**SCHEDULES, CHAPTER 11 PLAN AND LISTS PURSUANT**
**TO BANKRUPTCY PROCEDURE RULE 1007**

The Debtor(s) motion to extend the filing date having been considered by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor(s) shall file the Statement of Financial Affairs, Schedules and Chapter 13 Plan is extended to and including **April 16, 2025**; and it is further

ORDERED, that when they are filed, the Debtor(s) shall (1) certify service on all creditors of the Chapter 11 Plan and (2) certify service on the Chapter 11 Trustee of a copy of the Statement of Financial Affairs, Schedules and Chapter 11 Plan; and

DEBTOR(S) ARE HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order causes the creation of a presumption of unreasonable

delay that is prejudicial to creditors; and that failure may result in dismissal of this case, subject to 11 U.S.C. ' 109(g)(1), without further notice or a hearing.  Debtor(s) are advised that 11 U.S.C. '109(g)1) prohibits a new filing under Title 11 by an individual debtor for 180 days after dismissal of a case.


cc:     Debtor
        Counsel
        U.S. Trustee
        Trustee
        All Creditors of Record

**END OF ORDER**