.

Washington Capital Partners
c/o Russell Drazen
4400 Jenifer Street, NW, Suite 2
Washington, DC 20015