Entered: April 8th, 2025
Signed: April 8th, 2025
**SO ORDERED**



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:   Case No.: **25–12364 – NVA**   Chapter: **11**

**Jefdan Properties, LLC**
Debtor

## ORDER DISSOLVING SHOW CAUSE ORDER
## AFTER RESPONSE

Upon consideration of the response filed by Jefdan Properties, LLC, to Show Cause Order, and good cause having been shown, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Show Cause Order entered March 21, 2025, is hereby DISSOLVED.

cc:   Debtor
      Attorney for Debtor – Robert Grossbart
      Case Trustee – For Internal Use Only
      U.S. Trustee

**End of Order**

39x12 (rev. 05/31/1990) – JosephChandler