| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 25-12364<br>District of Maryland<br>Baltimore<br>Mon Apr 14 18:35:26 EDT 2025 | Jefdan Properties, LLC<br>2235 Conquest Way<br>Odenton, MD 21113-2679 | WCP Fund I LLC<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012-4422 |
| Baltimore<br>Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201-2605 | US Trustee - Baltimore<br>Garmatz Federal Courthouse<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, MD 21201-2668 | Washington Capital Partners<br>c/o Russell Drazen<br>4400 Jenifer Street, NW, Suite 2<br>Washington, DC 20015-2089 |
| Robert Grossbart<br>Grossbart, Portney & Rosenberg<br>One Charles Center<br>100 North Charles Street, 20th floor<br>Baltimore, MD 21201-3896 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)For Internal Use Only

End of Label Matrix
Mailable recipients    6
Bypassed recipients    1
Total                  7