IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| Jefdan Properties, LLC | * | Case No: 25-12364 |
| Debtor/Movant | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SECOND MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REQUIRED STATEMENTS, SCHEDULES, CHAPTER 11 PLAN AND LISTS PURSUANT TO BANKRUPTCY PROCEDURE RULE 1007

Now comes Jefdan Properties, LLC, by attorney, Robert N. Grossbart, and respectfully represents unto this Court:

1. That prior to the filing of this Motion, the Movant filed a Bare Bones petition on March 19, 2025, under the provisions of 11 U.S.C. Chapter 11. (Case Number: 25-12364).

2. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C. section 1334, and 11 U.S.C. Section 362(a) and 28 U.S.C. Section 157.

3. That by no later than April 16, 2025, the Debtor was required, pursuant to Bankruptcy Procedure Rule 1007, to file the Chapter 11 Plan and the remaining statements, schedules and lists.

4. That the Debtor respectfully requests an additional fourteen (14) days, by no later than April 22, 2025 to file the additional documents required under Bankruptcy Rule 1007, and in support thereof informs this Honorable Court of the following:

    a) That the Debtor has to obtain documentation not presently in his possession in order to present a clear and accurate representation of his financial situation to the Court.

    b)  That within the requested fifteen (14) day extension period, the Debtor will have the time needed to assemble all documents necessary for presentation to the Court.

  WHEREFORE, your Movant prays this Honorable Court:

  A.  To enter an Order extending the time in which the Debtor must file the required plan, statements, schedules and lists;

  B.  Grant the Debtor such other and further relief as the nature of this cause may require.

          /s/ Robert N. Grossbart, Esquire
          ROBERT N. GROSSBART, ESQUIRE
          Federal Bar No.: 04116-G
          Blaustein Building, Suite 1214
          One North Charles Street
          Baltimore, Maryland 21201
          (410) 837-0590
          Email: Robert@grossbartlaw.com
          Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on Wednesday, April 16, 2025, a copy of the foregoing Motion was mailed first class, postage prepaid/sent electronically via ECF to the Debtor, Office of the U.S. Trustee, 101 W. Lombard Street, 2nd Floor, Baltimore, Maryland 21201; Edmund A. Goldberg, Office of U.S. Trustee, 101 W. Lombard Street, Suite 2625, Baltimore, MD 21201; and to all Creditors of Record listed on the attached mailing matrix.

          /s/ Robert N. Grossbart, Esquire
          ROBERT N. GROSSBART, ESQUIRE