United States Bankruptcy Court
District of Maryland

In re:     Case No. 25-12364-NVA
Jefdan Properties, LLC     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 16, 2025 | Form ID: defntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jefdan Properties, LLC, 2235 Conquest Way, Odenton, MD 21113-2679 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Robert Grossbart | robert@grossbartlaw.com  debra@grossbartlaw.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25−12364 − NVA**   Chapter: **11**

**Jefdan Properties, LLC**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 24 − Application to Employ Robert N. Grossbart as Counsel and Verified Statement of Proposed Party Filed by Jefdan Properties, LLC. (Attachments: # 1 List of All Creditors) (Grossbart, Robert)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 4/30/25.**

**− The Application to Employ Robert N. Grossbart as Counsel was filed without a Proposed Order for consideration.**

CURE: − File a Proposed Order for consideration.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 4/16/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Joseph Chandler
410−962−4425

cc:   Debtor
      Attorney for Debtor − Robert Grossbart

defntc (rev. 12/12/2016)