Entered: April 21st, 2025
Signed: April 21st, 2025

**SO ORDERED**

APRIL 28, 2025.



Nancy V. Alquist
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **25−12364 − NVA**    Chapter: **11**

**Jefdan Properties, LLC**
Debtor

## SECOND NOTICE AND ORDER EXTENDING TIME TO FILE
## STATEMENT OF FINANCIAL AFFAIRS, CHAPTER 11 PLAN AND SCHEDULES
### (for non−individual debtor)

The Debtor's motion to extend the filing date having been considered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the time within which the Debtor shall file **the Statement of Financial Affairs, Chapter 11 Plan, Required Statements, and Schedules** is extended to the date designated above; and it is further

ORDERED, that when filing the above documents, the Debtor must certify that service of a copy has been made on the United States Trustee; and

DEBTOR IS HEREBY NOTIFIED that failure to complete the required filings within the extended time allowed by this Order may result in dismissal of this case.

cc:   Debtor
      Attorney for Debtor − Robert Grossbart
      Case Trustee − For Internal Use Only
      U.S. Trustee

**End of Order**

22x03 (rev. 03/28/2016) − JosephChandler