UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND

Bankruptcy Case No.: 25-12364
Chapter 11
Jefdan Properties, LLC, Debtor(s)

## CERTIFICATE OF MAILING

I, ROBERT N. GROSSBART, of One Hundred North Charles Street, 20th Floor, Baltimore, Maryland, 21201, attorney for the Debtor, hereby certify:

That I am, and at all times hereinafter mentioned was, 18 years of age or older;

That on Friday, May 02, 2025, *I mailed a copy of the* **Statement of Financial Affairs, Schedules A-H, Summary of Schedules, and Declaration Concerning Debtor's Schedules,** to the following:

Office of the U.S. Trustee
District of Maryland
101 W. Lombard St.
2nd Floor
Baltimore, MD 21202

U.S. Trustee
US Trustee - Baltimore
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201

by REGULAR MAIL

I certify, under penalty that the foregoing is true and correct.

/s/ Robert N. Grossbart, Esq.
Robert N. Grossbart, Esq.

Executed on: May 2, 2025