Entered: June 3rd, 2025
Signed: June 3rd, 2025
**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–12364 – NVA**   Chapter: **11**

**Jefdan Properties, LLC**
Debtor

### ORDER DENYING
### APPLICATION FOR EMPLOYMENT OF COUNSEL

Upon consideration of the Application for Employment of Counsel (the "Application") [ECF No. 24] filed by the debtor, Jefdan Properties, LLC; the limited objection thereto filed by the United States Trustee [ECF No. 30]; and the Court noting that (1) the Application is not accompanied by a verified statement of counsel, as required by Rule 2014(a)(3) of the Federal Rules of Bankruptcy Procedure, and (2) counsel has not filed a disclosure of compensation, as required by Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, in the nearly three months this case has been pending, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Application for Employment of Counsel is DENIED without prejudice.

cc:   Debtor
      Attorney for Debtor – Robert Grossbart
      All Parties
      All Counsel
      Case Trustee – For Internal Use Only
      U.S. Trustee

**End of Order**

44x01 (rev. 06/19/1998)