Entered: June 12th, 2025
Signed: June 11th, 2025

**SO ORDERED**

THE HEARING SHALL BE HELD ON JUNE 27, 2025 AT 2:00 P.M..



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **25–12364 – NVA**   Chapter: **11**

**Jefdan Properties, LLC**
Debtor

## ORDER SETTING HEARING TO
## CONVERT CHAPTER 11 TO CHAPTER 7 OR IN THE ALTERNATIVE TO DISMISS

Matthew W. Cheney, Acting United States Trustee for Region Four having filed a motion to convert or in the alternative to dismiss, it is, pursuant to Federal Bankruptcy Rule 2002(a), by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that a hearing upon the motion to convert or in the alternative to dismiss will be held on the date and time set forth above, in Courtroom 2A of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201; and it is further

ORDERED, that if no objection is filed by any party in interest to Matthew W. Cheney, Acting United States Trustee for Region Four's motion to convert or in the alternative to dismiss within fourteen (14) days after the date a copy of this Order is served, the motion to convert or in the alternative to dismiss may be granted without a hearing.

cc:   Debtor
      Attorney for Debtor – Robert Grossbart
      Case Trustee – For Internal Use Only
      U.S. Trustee
      All Creditors
      All parties in interest

## End of Order

13x04 (rev. 05/02/2017) – JosephChandler