RECORDING REQUESTED BY:

**SF NU, LLC a New Mexico limited liability company, having an office located at 1455 Research Blvd, Ste 510. Rockville, MD 20850**

WHEN RECORDED RETURN TO:

```
Baltimore City Circuit Court
IMP FD SURE        $40.00
RECORDING FEE      $20.00

TOTAL              $60.00
XAC  ES
Nov 12, 2024    08:57 am
```

## ASSIGNMENT OF DEED OF TRUST

This ASSIGNMENT OF DEED OF TRUST ("Assignment") is made as of **11/5/2024** by WCP FUND I LLC, a Delaware limited liability company ("Assignor"), to **SF NU, LLC a New Mexico limited liability company, having an office located at 1455 Research Blvd, Ste 510. Rockville, MD 20850** ("Assignee").

    FOR VALUE RECEIVED, Assignor hereby sells, grants, assigns, and transfers to Assignee any and all of its right, title and interest in and to that certain Deed of Trust, dated **7/31/2020**, made by **Jefdan Properties, LLC**, a Maryland Limited Liability Company, to **Daniel Huertas**, Trustee, for the benefit of Assignor ("Security Instrument"), and recorded on **9/8/2020**, in the land records of Baltimore City, Maryland, as Deed Book **22257**, Page Number **488**, and as a lien on that certain real property and improvements thereon described on Exhibit A, attached hereto and made a part hereof.

    TOGETHER with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under the foregoing Security Instrument.

*[Signature On Following Page]*

Property Address: 2427 Callow Ave Baltimore, MD 21217

IN WITNESS WHEREOF, this Assignment is made to be effective as of the date first above written.

        ASSIGNOR:

        WCP FUND I LLC,
        a Delaware limited liability company

        */s/ Christina Araujo*

        Name: Christina Araujo
        Title: Vice President of Finance

Property Address: 2427 Callow Ave Baltimore, MD 21217

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF VIRGINIA           )
                            )    ss
COUNTY OF FAIRFAX           )
                            )

On __November 5, 2024__ before me, __Eryll Joy F. Gregorio__, a Notary Public, personally appeared __Christina Araujo, VP of Finance__
(Insert name and title exactly as they appear on signature page)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Virginia that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Notary Public                              (Seal)



Property Address: 2427 Callow Ave Baltimore, MD 21217

Exhibit A
## Property Description

**Property Address:** 2427 Callow Avenue, Baltimore, MD 21217

PROPERTY DESCRIPTION:

Beginning for the same thereof on the east side of Callow Avenue at the distance of 307 feet and 7 inches northerly from the northeast corner of Callow Avenue and Whitelock Street; and running thence northerly on the east side of Callow Avenue 53 feet 11 and 1/4 inches thence easterly at right angles to the east side of Callow Avenue 129 feet 1 and 1/4 inches to the west side of the 20 foot alley, there laid out; the center line of said alley being located 100 feet westerly from and parallel with the west side of Park Avenue; thence southerly binding on the west side of Park Avenue thence southerly binding on the west side of said alley 53 feet and 11 and 1/2 inches to intersect a line drawn easterly at right angles to Callow Avenue from the place of the beginning to and through the center of the division wall there erected in the row of concrete block garages; and thence westerly reversing the line so drawn and binding thereon 130 feet 3 and 1/2 inches to the place of the beginning.

SAVING AND EXCEPTING THEREFROM all that land referenced as Property Identifier: Ward 13, Section 110, Block 3453, Lot 31, and described in a Deed dated June 2, 2005, recorded among the Land Records of Baltimore City, Maryland in Liber 6601, folio 749, by and between City Development Co., Inc. and Harbor Trust, et. seq., as described in Exhibit D, (Parking Lot behind 2419, 2423 and 2427 Callow Avenue) being a strip of land approximately 24 feet in depth on the West side of the 20 foot alley described above.

2427 Callow Avenue
Baltimore (City), MD 21217

Account ID Ward 13 Section 11 Block 3453 Lot 001J

Property Address: 2427 Callow Ave Baltimore, MD 21217