IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-12364-NVA |
| | ) | (Chapter 11) |
| Jefdan Properties, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| WCP Fund I LLC, as Servicer for | ) | |
| SF NU, LLC | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Jefdan Properties, LLC | ) | |
| | ) | |
| Respondent. | ) | |

**NOTICE OF MOTION FOR RELIEF FROM STAY
AND HEARING THEREON**

WCP Fund I LLC as servicer for SF NU, LLC has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed to take recourse—including foreclosure—against the real property located at 2427 Callow Avenue, Baltimore, Maryland 21217, together with any improvements thereupon.

A copy of the motion is attached.

Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by July 3, 2024 (parties served by mail may add three (3) additional days to the response deadline) you or your lawyer must file with the Clerk of the Bankruptcy Court a written response to the motion explaining your position and mail a copy of the response to:

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854

If you mail, rather than deliver, your response to the Clerk of the Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

If you file a timely response to the motion, the hearing on the motion will take place on July 17, 2025, at 2:00 pm, in Courtroom 2-A, United States Bankruptcy Court, 101 West Lombard Street, Baltimore, Maryland 21201.

If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise dispose of the motion before the scheduled hearing date.

                                                                                  Respectfully submitted,

Dated: June 19, 2025                                   By: /s/ Maurice B. VerStandig
                                                           Maurice B. VerStandig, Esq.
                                                           Bar No. 18071
                                                           The VerStandig Law Firm, LLC
                                                           9812 Falls Road, #114-160
                                                           Potomac, Maryland 20854
                                                           Phone: (301) 444-4600
                                                           Facsimile: (301) 444-4600
                                                           mac@mbvesq.com
                                                           *Counsel for WCP Fund I LLC*

*[Certificate of Service on Following Page]*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of June, 2025, a copy of the foregoing was served electronically upon filing via the ECF system with copies to:

- Robert Grossbart    robert@grossbartlaw.com, debra@grossbartlaw.com
- US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GOV
- Maurice Belmont VerStandig    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email
- Gerard R. Vetter    gerard.r.vetter@usdoj.gov

I FURTHER CERTIFY that on this 19th day of June, 2025, a copy of the foregoing is also being served, via US Mail, postage prepaid, to all parties on the attached mailing matrix.

/s/ Maurice B. VerStandig
Maurice B. VerStandig