```
Label Matrix for local noticing        Jefdan Properties, LLC                  WCP Fund I LLC
0416-1                                 2235 Conquest Way                       c/o The VerStandig Law Firm, LLC
Case 25-12364                          Odenton, MD 21113-2679                  1452 W. Horizon Ridge Pkwy, #665
District of Maryland                                                           Henderson, NV 89012-4422
Baltimore
Thu Jun 19 23:02:26 EDT 2025

US Trustee - Baltimore                 WCP Fund I LLC as Servicer for SF NU, LLC   WCP Fund I LLC as Servicer for US Bank Natio
Garmatz Federal Courthouse             c/o The VerStandig Law Firm, LLC        Association as Trustee of HOF Grantor Tr
101 West Lombard Street                9812 Falls Road, #114-160               c/o The VerStandig Law Firm, LLC
Suite 2625                             Potomac, Maryland 20854-3976            9812 Falls Road, #114-160
Baltimore, MD 21201-2668                                                       Potomac, Maryland 20854-3976


Washington Capital Partners            Robert Grossbart
c/o Russell Drazen                     Grossbart, Portney & Rosenberg
4400 Jenifer Street, NW, Suite 2       One Charles Center
Washington, DC 20015-2089              100 North Charles Street, 20th floor
                                       Baltimore, MD 21201-3896
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)For Internal Use Only               End of Label Matrix
                                       Mailable recipients     7
                                       Bypassed recipients     1
                                       Total                   8
```