## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(*Baltimore Division*)

| | | |
|---|---|---|
| **In re:** | * | |
| **JEFDAN PROPERTIES, LLC.,** | * | Case No: 25-12364-NAV |
| Debtor | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \*

### SECOND APPLICATION FOR EMPLOYMENT OF COUNSEL

Now Comes the Debtor, Jefdan Properties, LLC. ("JEFDAN"), by counsel Grossbart, Portney and Rosenberg, P.A and Robert N. Grossbart, and applies to the Court for an Order authorizing the employment of counsel, and in support thereof states:

1. JEFDAN filed the within case as a Single Asset Real Estate pursuant to section 101(51B)) provisions of Chapter 11 on March 19, 2025. It has continued since that date as Debtor in Possession of the estate.

2. Before the time of filing, Jefdan employed Grossbart, Portney and Rosenberg, P.A, and Robert N. Grossbart (hereinafter "Counsel") as co-Counsel with Robert N. Grossbart of Grossbart, Portney & Rosenberg, P.A., in connection with the filing of this case.

3. Jefdan has entered into an hourly retainer agreement with Counsel for representation in all aspects of this Case, including filing of the required schedules, statements, and reports, settlement negotiations, advice concerning administration of the estate, filing of necessary motions, the bringing and defense of any contested matters or adversary proceedings involving the Debtor in this Court, and Confirmation of the Disclosure Statement and Plan. Jefdan desires to employ Counsel, subject to review and approval of fees by the Court, to represent it with respect to the foregoing matters.

4. Robert N. Grossbart is a member in good standing of the Bar of this Court, is experienced in Chapter 11 bankruptcy matters, and, as evidenced by the affidavit of Mr. Grossbart attached hereto as Exhibit 1, represents no interests adverse to those of the estate. Mr. Grossbart, and his firm Grossbart, Portney and Rosenberg, P.A, have not shared or agreed to share the compensation in this case with any entity not associated with the firm.
,
Wherefore, Jefdan. prays for the entry of an Order approving the employment of Robert N. Grossbart and Grossbart, Portney and Rosenberg, P.A, as attorneys upon a general retainer to be compensated as approved by the Court.

Date: June 22, 2025,                                    Respectfully Submitted,

                                                          GROSSBART, PORTNEY AND ROSENBERG, P.A

                                                          By: /s/Robert N. Grossbart
                                                          ROBERT N. GROSSBART

## CERTIFICATE OF SERVICE

      I hereby certify that on the 22tnd day of June 2025, I reviewed the Court's CM/ECF system, and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

      US Trustee

      I hereby further certify that on the 22nd day of June 2025, a copy of the above pleading was also mailed first class mail, postage prepaid, to:


      20 Largest Unsecured Creditors:




                                                            /s/ Robert N. Grossbart
                                                          ROBERT N. GROSSBART