IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

In re:                                              *

JEFDAN PROPERTIES LLC.                              *         Case No: 25-12364-NAV

Debtor                                              *         Chapter 11
*       *       *       *       *       *       *       *       *       *       *       *

**AFFIDAVIT OF ROBERT N. GROSSBART IN SUPPORT OF
APPLICATION FOR EMPLOYMENT OF COUNSEL**

I, Robert N. Grossbart, declare and affirm under penalty of perjury, as follows:

1. I am an attorney at law and a member in good standing of the Bar of this Court and have an office for the practice of law at 100 N. Charles St., 20th floor., Baltimore, Md 21201, as the Managing Officer of a professional Association known as Grossbart, Portney and Rosenberg, P.A.

2. I am experienced in bankruptcy matters, having represented both debtors and creditors in cases under Chapters 7, 11 and 13 of the Code in this Court and in the U.S. Bankruptcy Courts for the District of Maryland.

3. To the best of my knowledge, neither Grossbart, Portney and Rosenberg, P.A., nor any of its attorneys, represent any interests adverse to those of the estate of the Debtor, and we are considered to be disinterested under the provisions of 11 U.S.C. § 327(a). We do not have any known connections with the Debtor (other than this representation), any creditors or other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee other than working in prior, unrelated matters.

4. My normal hourly rate for representation in bankruptcy matters, as well as other matters, is $645.00 per hour. I have agreed to represent the Debtor at my normal hourly rate.

5. Grossbart, Portney and Rosenberg, P.A. have not shared or agreed to share the compensation paid by the Debtor with any other person or entity not associated with the firm.

6. Grossbart, Portney and Rosenberg, P.A and I are willing to accept employment by the Debtor with respect to this Case upon such compensation as may be approved by the United States Bankruptcy Court for the District of Maryland.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert N. Grossbart_____
ROBERT N. GROSSBART