```
Label Matrix for local noticing      Jefdan Properties, LLC              WCP Fund I LLC
0416-1                                2235 Conquest Way                  c/o The VerStandig Law Firm, LLC
Case 25-12364                         Odenton, MD 21113-2679             1452 W. Horizon Ridge Pkwy, #665
District of Maryland                                                     Henderson, NV 89012-4422
Baltimore
Sun Jun 22 12:07:08 EDT 2025

US Trustee - Baltimore                WCP Fund I LLC as Servicer for SF NU, LLC    WCP Fund I LLC as Servicer for US Bank Natio
Garmatz Federal Courthouse            c/o The VerStandig Law Firm, LLC             Association as Trustee of HOF Grantor Tr
101 West Lombard Street               9812 Falls Road, #114-160                    c/o The VerStandig Law Firm, LLC
Suite 2625                            Potomac, Maryland 20854-3976                 9812 Falls Road, #114-160
Baltimore, MD 21201-2668                                                           Potomac, Maryland 20854-3976


Washington Capital Partners           Robert Grossbart
c/o Russell Drazen                    Grossbart, Portney & Rosenberg
4400 Jenifer Street, NW, Suite 2      One Charles Center
Washington, DC 20015-2089             100 North Charles Street, 20th floor
                                      Baltimore, MD 21201-3896
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)For Internal Use Only               End of Label Matrix
                                       Mailable recipients     7
                                       Bypassed recipients     1
                                       Total                   8
```