Robert N. Grossbart (#04116)
GROSSBART, PORTNEY AND ROSENBERG, P.A.
100 N. Charles St., 20th floor
Baltimore, Maryland 21201
410-837-0590 Phone
410-837-0085 Fax
Robert@Grossbartlaw.com

Attorney for Debtor and the Debtor in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

**In re:**

**JEFDAN PROPERTIES LLC.**                                  Case No. 25-12364 DER

    **Debtor.**                                                              **Chapter 11**

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1.    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept and receive a retainer of $**2,000.00**.

    I shall bill the retainer at an hourly rate of **$645.00**

Debtor has agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.    $1,738.00 of the filing fee has been paid.

3.    The source of the compensation paid to me was **Beatrice Derefaka, sole member**

4.    The source of compensation to be paid to me is **Debtor**

5.    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm

6.      In return for the above-disclosed fee, I have agreed to provide legal service for all aspects of the bankruptcy case, including:

      a.      Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.      Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.      Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

By agreement with the debtor(s), the above-disclosed fee does not include the following services: **None**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Date: June 20, 2025,              Respectfully Submitted,

                                              GROSSBART, PORTNEY AND ROSENBERG, P.A.

                                              By:  /s/ Robert N. Grossbart_____
                                              ROBERT N. GROSSBART

## CERTIFICATE OF SERVICE

      I hereby certify that on the 222nd day of June 2025, I reviewed the Court's CM/ECF system, and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

      United States Trustee

      I hereby further certify that on the 22nd day of June 2025, a copy of the above pleading was also mailed first class mail, postage prepaid, to:

      None

                                                /s/ Robert N. Grossbart_____
                                              ROBERT N. GROSSBART