IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*(Baltimore division)*

                                        **Bankruptcy Case No.: 25-12364**
                                        **Chapter 11**
                                        **Jefdan Properties, LLC, Debtor**

## CERTIFICATION OF MAILING

      I, ROBERT N. GROSSBART, of One Charles Center, 100 North Charles Street, 20th floor, Baltimore, Maryland 21201, attorney for the Debtor, hereby certifies:

      That I am, and at all times hereinafter mentioned, 18 years of age or older;

      That on the 22nd day of June, 2025, I mailed/postage prepaid a copy of the **Disclosure Of Compensation Of Attorney for Debtor** to the Debtor, to and to the following:

      Office of the U.S. Trustee
      101 W. Lombard Street
      Suite 2625
      Baltimore, MD 21201

      Gerard R. Vetter
      101 W. Lombard Street
      Suite 2625
      Baltimore, MD  21201

by REGULAR MAIL/ECF.

      I certify under penalty of perjury that the foregoing is true and correct.

                                                /s/ Robert N. Grossbart
                                              ROBERT N. GROSSBART

Executed on June 22, 2025.