Entered: June 26th, 2025
Signed: June 26th, 2025
**SO ORDERED**



Nancy V. Alquist
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-12364-NVA |
| | ) | (Chapter 11) |
| Jefdan Properties, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## ORDER GRANTING CONSENT MOTION TO SPECIALLY SET HEARINGS

Upon consideration of the Consent Motion to Specially Set Hearings (the "Motion") filed by WCP Fund I LLC as servicer for SF NU, LLC ("WCP"), the consent of all parties thereto, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the hearings on (i) the motion, of the United States Trustee, to convert or dismiss this case, DE #39; and (ii) the motion, of WCP, for relief from the automatic stay, DE #42, be, and hereby are, CONTINUED to 10:30 am prevailing eastern time on July 22, 2025.

Copies: All counsel of record