

# EVIDENCE OF PROPERTY INSURANCE

DATE (MM/DD/YYYY): 4/10/2025

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**AGENCY**
JOHNSON & JOHNSON, INC.
PO Box 899
Charleston, SC 29402

PHONE (A/C, No, Ext):
FAX (A/C No):
EMAIL ADDRESS:
CODE:  SUB CODE:
AGENCY CUSTOMER ID #:

**COMPANY**
Mount Vernon Fire Insurance Company
1190 Devon Park Drive
Wayne, PA 19087-2191

**INSURED**
JEFDAN PROPERTIES LLC
2235 CONQUEST WAY
ODENTON, MD 21113

LOAN NUMBER:
POLICY NUMBER: CP 2698209
EFFECTIVE DATE: 04/03/2025
EXPIRATION DATE: 04/03/2026
☐ CONTINUE UNTIL TERMINATED IF CHECKED
THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION

LOCATION/DESCRIPTION
2427 Callow Ave, Baltimore, MD 21217 - Vacant Building with Renovation

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS, SUBJECT TO ALL THE TERMS AND, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Building/Special Excluding Sprinkler Leakage/80%/ACV | $900,000 | $5,000 |
| Building Improvements/Special Excluding Sprinkler Leakage/100%/RC | $30,000 | $5,000 |
| Equipment Breakdown/Special Excluding Sprinkler Leakage | Included | $1,000 |

**REMARKS (Including Special Conditions)**
US Trustee - Baltimore Division is a loss payee

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

NAME AND ADDRESS
US TRUSTEE-BALTIMORE DIVISION
101 WEST LOMBARD STREET, SUITE 2625
BALTIMORE, MD 21201

☐ MORTGAGEE
☒ LOSS PAYEE
☐ ADDITIONAL INSURED
LOAN #:

AUTHORIZED REPRESENTATIVE: *Thomas P. Nevey*

ACORD 27 (2009/12)   © 1993-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: 1309

LOC #: All

## ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

| AGENCY<br>JOHNSON & JOHNSON, INC. | | INSURED<br>JEFDAN PROPERTIES LLC<br>2235 CONQUEST WAY<br>ODENTON, MD 21113 |
|---|---|---|
| POLICY NUMBER<br>CP 2698209 | | |
| CARRIER<br>Mount Vernon Fire Insurance Company | NAIC CODE<br>26522 | EFFECTIVE DATE: 4/3/2025 |

### ADDITIONAL REMARKS

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,
FORM NUMBER:   ACORD 27       FORM TITLE:       EVIDENCE OF PROPERTY INSURANCE

This insurance is issued by a nonadmitted insurer not under the jurisdiction of the Maryland Insurance Commissioner.