IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-12364-NVA |
| | ) | (Chapter 11) |
| Jefdan Properties, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION TO CONVERT OR DISMISS**

Upon consideration of The United States Trustee's Motion to Convert to Chapter 7 or Dismiss Case (the "Motion"), DE #39, the response of Jefdan Properties, LLC thereto, DE #48, the response of WCP Fund I LLC thereto, DE #49, governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the above-captioned case be, and hereby is, CONVERTED to a proceeding under chapter 7 of Title 11 of the United States Code.

Copies: all counsel of record