

June 24, 2025

Borrower: Jefdan Properties
Managed by: N/A

Expiration Date: N/A

In reference to address: 2247 Callow Ave, Baltimore, MD 21217, USA

To Whom It May Concern:

Please be advised that after having performed our preliminary due diligence for Jefdan Properties, mentioned above, we have made arrangements to provide funding for the amount of $1,350,000.00

Please feel free to contact me should you have any further questions.

*Note: This is not a commitment to lend. All loans subject to AmeriLand Capital, LLC's Guidelines and Policies and we reserve the right to decline any funding request that does not adhere completely with said Guidelines or Policies.

Josh Williams
Co-Owner
AmeriLand Capital LLC

"A"

**Office Address**
100 W Center St, Ste 201
Fayetteville, Ar 72701

**Company Contact**
479.200.8865
josh@amerilandcapital.com




AmeriLand
CAPITAL

| | |
|---|---|
| **Borrower:** | Beatrice Derefaka |
| **Co-Borrower:** | |
| **Subject Property Address:** | 2247 Callow Ave, Baltimore, MD 21217, USA |
| **Loan Purpose:** | Rental |
| | **Subject to appraisal value** |
| **Option** | #1 |
| **Rate Type** | 30YR FIXED |
| Cash Out Y/N | Y |
| I/O | N |
| Loan Term (Months) | 360 |
| Amortization (Months) | 360 |
| | |
| **Loan Amount** | **$918,000** |
| Appraised Value | $1,350,000 |
| Loan-to-Value | 68.00% |
| | |
| Payoff of Mortgage | $877,500 |
| Rehab Budget | $0 |
| Per Diem Interest | TBD |
| Origination Fee | $27,540 |
| Processing Fee | $0 |
| Lender Fee | $1,795 |
| Appraisal Cost | TBD |
| Credit Report Fee | $0 |
| Est. Title Company Costs | $9,180 |
| Tax Escrow | $0 |
| Insurance Escrow | $0 |
| Pre-Paid Interest | $0 |
| **Est. Cash Out (Cash to Close)** | **1,985** |
| | |
| Interest Rate | 9.00% |
| | |
| Monthly Interest Payment | $7,386 |
| Pre-Payment Penalty | 5/4/3/2/1 |
| | |
| Pricing is based on FICO Score assumption of | 690 |

"A"