United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 25-12364-NVA |
| Jefdan Properties, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 24, 2025 | Form ID: pdfall | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jefdan Properties, LLC, 2235 Conquest Way, Odenton, MD 21113-2679 |
| cr | + | WCP Fund I LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |
| 32872216 | + | WCP Fund I LLC as Servicer for SF NU, LLC, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 32872215 | + | WCP Fund I LLC as Servicer for US Bank National, Association as Trustee of HOF Grantor Tr, c/o The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, Maryland 20854-3976 |
| 32804396 | + | Washington Capital Partners, c/o Russell Drazen, 4400 Jenifer Street, NW, Suite 2, Washington, DC 20015-2089 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | For Internal Use Only |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2025                Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gerard R. Vetter | gerard.r.vetter@usdoj.gov |
| Maurice Belmont VerStandig | mac@mbvesq.com lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: pdfall | Total Noticed: 5 |

Robert Grossbart
    robert@grossbartlaw.com debra@grossbartlaw.com

US Trustee - Baltimore
    USTPRegion04.BA.ECF@USDOJ.GOV

TOTAL: 4

Entered: July 23rd, 2025
Signed: July 22nd, 2025
**SO ORDERED**



Nancy V. Alquist
**NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 25-12364-NVA |
| | ) | (Chapter 11) |
| Jefdan Properties, LLC | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### **CONSENT ORDER DISMISSING CASE ON STIPULATED TERMS**

Upon consideration of The United States Trustee's Motion to Convert to Chapter 7 or Dismiss Case, DE #39 (the "Motion to Dismiss"); the Motion for Relief from the Automatic Stay, DE #42 (the "Motion for Relief"), filed by WCP Fund I LLC as Servicer for SF NU, LLC ("WCP"); the opposition of Jefdan Properties, LLC ("Jefdan" or the "Debtor") to the foregoing motions, the record herein, applicable law, and the agreement of various parties as reflected by their endorsements upon this order, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

ORDERED, that the Motion to Dismiss be, and hereby is, GRANTED; and it is further

ORDERED, that this case be, and hereby is, DISMISSED; and it is further

ORDERED, that for a period of fifty-five (55) days from the date on which this order is entered, WCP shall forbear from taking any new or additional actions to foreclose any lien on real

1

estate held by the Debtor, *except* that WCP may take such actions as are commercially appropriate to preserve and protect the lien(s) of WCP, to keep active and pending any relevant state court litigation, and to protect against the incursion of any other liens upon any asset of the Debtor; and it is further

ORDERED, that the aforesaid dismissal shall be, and hereby is, WITH PREJUDICE for a period of seven (7) months and three (3) weeks from the date on which this order is entered, and any petition for bankruptcy relief, filed by the Debtor or against the Debtor, during said time period, shall be of no force and effect and shall not, in any event, cause the automatic stay imposed by Section 362 of Title 11 of the United States Code to take effect; and it is further

ORDERED, that the Motion for Relief be, and hereby is, DENIED AS MOOT.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

/s/ Robert N. Grossbart
Robert N. Grossbart, Esq.
Federal Bar #04116-G
One Charles Center
100 North Charles Street, 20th floor
Baltimore, Maryland 21201
Phone: (410) 837-0590
Facsimile: (410) 837-0085
robert@grossbartlaw.com
*Counsel for the Debtor*

/s/ Gerard R. Vetter
Gerard R. Vetter, Esq.
Fed. Bar No.: 08521
United State Department of Justice
101 West Lombard Street
Baltimore, Maryland 21201
Phone: (410) 962-4300
gerard.r.vetter@usdoj.gov
*Counsel for the United States Trustee*

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.

***END OF ORDER***